AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

NICHOLAS L. SCHNATZ,

    Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:11-cv-00618

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...that the Court ADOPTS and AFFIRMS Magistrate Judge's Report and Recommendation (doc. 16) in its entirety. Accordingly, the decision of the Commissioner is AFFIRMED and this matter is closed from Court's docket.

10/2/2012
Date

JOHN P. HEHMAN, CLERK
Clerk

s/Kevin Moser
(By) Deputy Clerk